GRANT, Respondent, *v.* PENNSYLVANIA & N. Y. CANAL & RAILROAD CO., Appellant.

*(Supreme Court, General Term, Fifth Department.  January 28, 1891.)*

No opinion.  Orders appealed from affirmed, with costs.  DWIGHT, P. J., taking no part.

---

MILLER, Respondent, *v.* VILLAGE OF GENOA, Appellant.

*(Supreme Court, General Term, Fifth Department.  January 28, 1891.)*

No opinion.  Judgment and order appealed from affirmed.

---

PEOPLE, Respondents, *v.* COLGROVE, Appellant.

*(Supreme Court, General Term, Fifth Department.  January 28, 1891.)*

No opinion.  Order of court of sessions of Livingston county, affirming that of the justice of the peace, affirmed, with costs.

---

PENNSYLVANIA MUT. INS. CO., Respondent, *v.* BRADLEY, Appellant.

*(Supreme Court, General Term, Fifth Department.  January 28, 1891.)*

No opinion.  Order appealed from affirmed, with $10 costs and disbursements.

---

HERETH *et al.*, Appellant, *v.* SCHUYER, Respondent, (two cases.)

*(Supreme Court, General Term, Fifth Department.  January 28, 1891.)*

No opinion.  Order appealed from affirmed, with $10 costs and disbursements.

---

PEOPLE *ex rel.* NOYES, Respondent, *v.* BOARD OF CANVASSERS OF SENECA COUNTY, Appellants.

*(Supreme Court, General Term, Fifth Department.  January 28, 1891.)*

No opinion.  Order appealed from affirmed, with costs.  See 12 N. Y. Supp. 173.

---

PEOPLE, Respondents, *v.* ANDERSON, Appellant.

*(Supreme Court, General Term, Fifth Department.  January 28, 1891.)*

No opinion.  Judgment and conviction affirmed, and the case remitted to the court of sessions of Chautauqua county to proceed therein.

---

WILCOX *v.* WILCOX *et al.*

*(Supreme Court, General Term, Fifth Department.  January 28, 1891.)*

No opinion.  Motion to dismiss appeal granted, with $10 costs.

---

*In re* LE BRETON.

*(Supreme Court, General Term, Fifth Department.  January 28, 1891.)*

No opinion.  Motion to dismiss appeal denied.